UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TYSON POUGE, *et al.*,<br><br>        Defendants. | 1:24-cv-00585-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff Cornel Jackson is confined in Madera County Jail and is proceeding *pro se* in this civil rights case filed pursuant to 42 U.S.C. § 1983 on May 16, 2024 (ECF No. 1). Plaintiff has not paid the $405.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, **IT IS ORDERED** that:

Within thirty days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**
IT IS SO ORDERED.

Dated:   **May 17, 2024**                    /s/ _Erica P. Grosjean_
                                            UNITED STATES MAGISTRATE JUDGE