**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORNEL JACKSON,<br><br>             Plaintiff,<br><br>       v.<br><br>MARY ANN WOLLET, *et al.*,<br><br>             Defendants | Case No. 1:24-cv-0585 JLT EPG (PC)<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 11) |

On October 21, 2024, the Court found Plaintiff was not entitled to proceed *in forma pauperis* in this action. (Doc. 11.) Despite the Court's warning that failure to pay the filing fee would result in dismissal of the action (*id.* at 3), Plaintiff failed to pay the required fee. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022). Thus, the Court **ORDERS**:

1. Plaintiff's complaint is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 26, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE